REISSUED FOR PUBLICATION
JUNE 12, 2018
OSM
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-1835V
(not to be published)

FILED

MAY 16 2018

U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JUDITH ANNTOINETTE BURGER, | \* | May 16, 2018 |
| | \* | |
| | \* | |
| Petitioner, | \* | Rule 21(a); No Judgment; Order |
| | \* | Concluding Proceedings. |
| v. | \* | |
| | \* | |
| SECRETARY OF HEALTH AND | \* | |
| HUMAN SERVICES, | \* | |
| | \* | |
| Respondent. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CONCLUDING PROCEEDINGS

On May 15, 2018, pursuant to Vaccine Rule 21(a)(1), Petitioner filed a motion to voluntarily dismiss stating that the above-captioned case should be dismissed. ECF No. 15.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

Katherine E. Oler
Special Master